IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TONY NGUYEN** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-1447** |
| | § | |
| **ASI LLOYDS** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Tony Nguyen, files this Notice of Settlement. Plaintiff and Defendant have reached a settlement in this matter. Plaintiff and Defendant will submit a Joint Motion to Dismiss with Prejudice within 60 days.

Respectfully submitted,

/s/ *Richard D. Daly*
Richard D. Daly, Attorney-in-Charge
State Bar No. 00796429
Southern District Bar No. 20706
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
Email:   rdaly@dalyblack.com
Email for Filing:  esfs@dalyblack.com
**ATTORNEYS FOR PLAINTIFF
TONY NGUYEN**

1

*Of Counsel:*
Ana M. Ene
State Bar No. 24076368
Southern District Bar No. 1259986
aene@dalyblack.com
William X. King
State Bar No. 24072496
Southern District Bar No. 1674134
wking@dalyblack.com
James W. Willis
State Bar No. 24088654
Southern District Bar No. 20706
jwillis@dalyblack.com
DALY & BLACK, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
Email for Filing: ecfs@dalyblack.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2016, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

LaDonna Schexnyder (Attorney-in-Charge)
Fed. Adm. No. 1096795
Texas State Bar No. 24072938
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
9311 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70810
Tel: (504) 568-1990
Fax: (504) 310-9195
**ATTORNEY FOR DEFENDANT**

                                    /s/ *Richard D. Daly*
                                    Richard D. Daly