IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONY NGUYEN | § § § | |
| v. | § § § § | CIVIL ACTION NO. 4:16-cv-01447 |
| ASI LLOYDS | § § | |

## PARTIES' AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Tony Nguyen ("Plaintiff"), and Defendant, ASI Lloyds ("Defendant"), file this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

### I.
### PROCEDURAL POSTURE

Plaintiff sued his homeowner's insurance carrier for coverage under the insurance policy, based upon damages allegedly sustained as a result of a storm at the residence located at 5707 Bishops Glen Court, Houston, Texas 77084. The insurance policy is identified as Policy Number TXL208126 issued by ASI Lloyds with Effective Dates of 10/9/2014 to 10/9/2015. Plaintiff and Defendant have entered into a confidential settlement to amicably resolve any and all alleged claims and damages. Defendant denies all liability to Plaintiff.

### II.
### AGREED MOTION TO DISMISS

Because this case has been amicably settled in respect to any and all claims asserted by Plaintiff or which could have been asserted by Plaintiff, the Parties respectfully request that this Court would dismiss this case with prejudice with each party bearing its own respective costs and attorneys' fees. A

proposed Agreed Order of Dismissal With Prejudice is attached.

### III.
### PRAYER

Based upon the foregoing, Plaintiff and Defendant respectfully pray that this Court will sign the attached Agreed Order of Dismissal With Prejudice.

Respectfully submitted,
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

By: _____
LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEY FOR DEFENDANT, ASI LLOYDS**

**Agreed**

_____
Richard D. Daly
Texas Bar No. 00796429
Ana M. Ene
Texas Bar No. 24076368
Daly & Black
2211 Norfolk St. Suite 800
Houston, TX  77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
**ATTORNEY FOR PLAINTIFF,
TONY NGUYEN**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above pleading has been forwarded via facsimile on this the 13th day of September, 2016 to:

Richard D. Daly
Ana M. Ene
Daly & Black
2211 Norfolk St. Suite 800
Houston, TX 77098

                                      _____
                                      LaDonna G. Schexnyder