United States District Court
Southern District of Texas
**ENTERED**
September 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONY NGUYEN | § § § | |
| v. | § § § § | CIVIL ACTION NO. 4:16-cv-01447 |
| ASI LLOYDS | § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Tony Nguyen ("Plaintiff"), and Defendant, ASI Lloyds ("Defendant"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendant.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 14th day of September, 2016.

By: _____
PRESIDING JUDGE

Agreed:
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990